UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARWAN ABDULLAH NASSIR,

    Defendant.

Case No. MJ18-037

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142 (e) and (f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)     Defendant has been charged by an indictment for bank fraud, identity theft, illegal transactions with an access device, interstate transport of stolen property, felon in possession of firearms and notice of forfeiture allegations. The Eastern District of Washington issued the arrest warrant and indictment. The defendant waived a Rule 5 hearing. The Court received information about defendant's criminal history with little information on the defendant's

DETENTION ORDER - 1

personal history, residence, family, community ties, employment opportunities, and financial status. The defendant is viewed as a risk of nonappearance based on the nature of the alleged offense and failures to appear. The defendant is viewed as a risk of danger based on the nature of the instant offense and criminal history. The defendant's detention was stipulated to with the reservation that upon his return to the Eastern District of Washington the issue of detention may be reviewed at that time.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending further court order in the Easter District of Washington and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding, transfer to the Eastern District of Washington; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of January, 2018.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2